IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL FITZGERALD,
ADC #84210                                                                                    PLAINTIFF

v.                                          3:09CV00223SWW/JTK

RICHARD BUSBY, et al.                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 1st day of July, 2010.

/s/Susan Webber Wright

United States District Judge