IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL FITZGERALD,
ADC #84210                                                                                               PLAINTIFF

v.                                      3:09CV00223SWW/JTK

RICHARD BUSBY, et al.                                                                         DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Reconsideration (Doc. No. 17) is hereby GRANTED, and this case is REOPENED.

2. Plaintiff's Motion for leave to appeal in forma pauperis (Doc. No. 18) is hereby DENIED as moot.

3. Plaintiff's Motion for Copies (Doc. No. 19) is hereby GRANTED. The Clerk shall forward to the Plaintiff copies of the docket sheets in the following cases: 3:09cv00065, 3:09cv00223, and 3:09cv154.

IT IS SO ORDERED this 6th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE