**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

NATHANIEL FITZGERALD,                    *
ADC #84210                               *
                                         *
                    Plaintiff,           *
                                         *
vs.                                      *          No. 3:09-cv-00223-SWW-JTK
                                         *
RICHARD BUSBY; *et al.,*                 *
                                         *
                    Defendants.

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered and Adjudged that this case be,  and it is hereby, DISMISSED without

prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 9th day of December, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1